# EXHIBIT 3

## Lisbeth Bosshart Merrill

| | |
|---|---|
| **From:** | Rebecca Haake |
| **Sent:** | Wednesday, June 26, 2013 4:08 PM |
| **To:** | 'Richard Sybert' |
| **Cc:** | Lisbeth Bosshart Merrill; David Shaub |
| **Subject:** | SW v. Augme/ protective order |
| **Attachments:** | Protective Order (00070916).DOC |

Dear Mr. Sybert,

Please see attached our first draft for a protective order. We may have further edits, however, we wanted to get a first draft out for your review right away.

Warm regards,

Rebecca


Rebecca Haake, Esq., LL.M.

SHAUB & WILLIAMS LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, California  90025
tel. (310) 826-6678
fax. (310) 826-8042
e-mail:  lawfirm@sw-law.com

This email may contain Confidential Information or privileged attorney-client communication or work product intended solely for the recipient.   It may not be transmitted to any party outside of the recipient's organization without the prior written consent of the sender. If you have received this email in error, please notify the sender immediately and destroy the original message without making a copy.